IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **QIANJIANG KUOJIN VAN,** | : | |
|     **Plaintiff,** | : | |
| | : | |
|     v. | : | **CIVIL ACTION NO. 24-CV-5014** |
| | : | |
| **CITY OF PHILADELPHIA,** *et al*. | : | |
|     **Defendants.** | : | |

## ORDER

AND NOW, this 18th day of November, 2024, upon consideration of *pro se* Plaintiff Qianjiang Kuojin Van's Motion (ECF No. 6) requesting an extension of time to file an amended complaint, it is **ORDERED** that Van's motion is **GRANTED**. Van shall file an Amended Complaint **on or before January 15, 2025**. If Van fails to file an amended complaint by this date, the Court will conclude that Van intends to stand on his Complaint and will issue a final order dismissing this case.

                                                              **BY THE COURT:**

                                                              /s/ Juan R. Sánchez
                                                             **JUAN R. SÁNCHEZ, J.**