**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **QIANJIANG KUOJIN VAN,** | : | |
| **Plaintiff,** | : | |
| | : | |
| **v.** | : | **CIVIL ACTION NO. 24-CV-5014** |
| | : | |
| **CITY OF PHILADELPHIA, *et al.*,** | : | |
| **Defendants.** | : | |

**ORDER**

AND NOW, this 7th day of May, 2025, upon consideration of *pro se* Plaintiff Qianjiang Kuojin Van's Motion to Extend Deadline to File Amended Complaint (ECF No. 12), it is **ORDERED** that

1. Van's motion is **GRANTED** to the extent that he seeks additional time in which to file an amended complaint.

2. The time for filing an amended complaint is **EXTENDED** and Van shall file an amended complaint **on or before July 5, 2025. No further extensions will be granted.**

3. The Clerk of Court is **DIRECTED** to send Van a blank copy of this Court's current standard form to be used by a self-represented litigant filing a civil action bearing the above-captioned civil action number. Van may use this form to file an amended complaint if he seeks to do so, as explained in the Court's prior Memorandum and Order filed on October 15, 2024 (ECF Nos. 4, 5).

4. If Van fails to file an amended complaint by July 5, 2025, the Court will conclude that Van intends to stand on his Complaint and will issue a final order dismissing this case. *See Weber v. McGrogan*, 939 F.3d 232, 239-40 (3d Cir. 2019) (explaining that a plaintiff's intent to

stand on his complaint may be inferred from inaction after issuance of an order directing him to take action to cure a defective complaint).

**BY THE COURT:**

**/s/ JUAN R. SÁNCHEZ**

**JUAN R. SÁNCHEZ, J.**