IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **QIANJIANG KUOJIN VAN,** | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | **CIVIL ACTION NO. 24-CV-5014** |
| | : | |
| **CITY OF PHILADELPHIA,** *et al.*, | : | |
| Defendants. | : | |

## ORDER

AND NOW, this 9th day of December, 2025, upon consideration of *pro se* Plaintiff Qianjiang Kuojin Van's Second Motion for Extension of Time to File Response to Defendants' Partial Motion to Dismiss (ECF No. 28), it is **ORDERED** that the motion is **GRANTED**. The time for filing a response to Defendants City of Philadelphia, Thomas Rybakowski, and Gene Stallworth's Partial Motion to Dismiss for Failure to State a Claim (ECF No. 22) is extended and Van shall file a response **on or before December 24, 2025.**

BY THE COURT:


/s/ Juan R. Sánchez
**JUAN R. SÁNCHEZ, J.**