IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **QIANJIANG KUOJIN VAN,**     :<br>         Plaintiff,            :<br>                                :<br>    v.                          :<br>                                :<br>**CITY OF PHILADELPHIA,** *et al.*, :<br>         Defendants.           :  | **CIVIL ACTION NO. 24-CV-5014** |

# ORDER

AND NOW, this 29th day of January, 2026, upon consideration of Defendants City of Philadelphia, Thomas Rybakowski, and Gene Stallworth's Partial Motion to Dismiss for Failure to State a Claim (ECF No. 22 (the "Motion")), *pro se* Plaintiff Qianjiang Kuojin Van's Response in Opposition to Defendants' Partial Motion to Dismiss (ECF No. 30), the Reply in Support of Defendants' Partial Motion to Dismiss for Failure to State a Claim (ECF No. 33), and Plaintiff's Motion for Leave to File a Sur-Reply in Opposition to Defendants' Motion to Dismiss (ECF No. 34), as well as Plaintiff's Limited Sur-Reply in Further Opposition to Defendants' Motion to Dismiss (ECF No. 34-4), and Defendants' Motion for an Extension of Time to Respond to Plaintiff's Amended Complaint (ECF No. 31), it is **ORDERED** that:

1. Plaintiff's Motion for Leave to File a Sur-Reply in Opposition to Defendants' Motion to Dismiss (ECF No. 34) is **GRANTED**.

2. For the reasons stated in the Court's accompanying Memorandum, Defendants' Motion (ECF No. 22) is **GRANTED IN PART** and **DENIED IN PART** as follows:

    a. The Motion is granted only with respect to the Seventh Amendment claim.

    b. The Motion is denied in all other respects.

3. Defendants the City of Philadelphia, Thomas Rybakowski, and Gene Stallworth shall file a responsive pleading in accordance with Federal Rule of Civil Procedure 12(a)(4).

4.      Defendants' Motion for an Extension of Time to Respond to Plaintiff's Amended Complaint (ECF No. 31) is **DENIED AS MOOT**.

**BY THE COURT:**

/s/ Juan R. Sánchez
**JUAN R. SÁNCHEZ, J.**