IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **QIANJIANG KUOJIN VAN,** : | |
|     **Plaintiff,** : | |
| : | |
| **v.** : | **CIVIL ACTION NO. 24-CV-5014** |
| : | |
| **CITY OF PHILADELPHIA,** *et al.*, : | |
|     **Defendants.** : | |

**ORDER**

AND NOW, this 27th day of February, 2026, it is ORDERED the schedule in the above-captioned matter is as follows:

- Discovery deadline is June 29, 2026;

- Plaintiff's expert report is due July 13, 2026;

- Defendant's expert report is due July 27, 2026;[1]

- Dispositive motions are due August 10, 2026;

- Responses to dispositive motions are due August 24, 2026;

- A teleconference to discuss settlement shall take place on August 31, 2026, at 9:30 a.m.;

- Motions in limine are due September 16, 2026;

- Responses to motions in limine are due September 30, 2026;

- Plaintiff's pre-trial memorandum is due September 30, 2026;

- Defendant's pre-trial memorandum is due September 30, 2026;

- Joint requested points for charge, joint proposed verdict slip, and voir dire questions, as explained in the Honorable Juan R. Sánchez's on-line procedures, are due September 30, 2026;

---

[1] Expert reports to be exchanged before depositions.

- Final pre-trial conference shall be held on October 7, 2026, at 9:30 a.m. in Courtroom 14B;

- Joint exhibit binder is to be submitted to chambers no later than 4:30 p.m. the day prior to trial;

- This matter is in the October 13, 2026 trial pool.

- Parties are referred to Judge Sánchez's operating procedures for further information: http://www.paed.uscourts.gov/documents/procedures/sanpol.pdf.

               BY THE COURT:


               <u>/s/ Juan R. Sánchez</u>
               Juan R. Sánchez, J.