IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| QIANJIANG KUOJIN VAN | : | CIVIL ACTION |
| | : | |
| v. | : | No. 24-5014 |
| | : | |
| CITY OF PHILADELPHIA, et al. | : | |

## **ORDER**

AND NOW, this 22nd day of June, 2026, it is ORDERED a teleconference will be held on

**Wednesday, June 24, 2026 at 2:00 p.m.** to discuss the discovery issues referenced in Defendants'

June 12, 2026 email to chambers, a copy of which is attached hereto.  Dial-in information for the

call will be circulated separately.

BY THE COURT:

/s/ Juan R. Sánchez
Juan R. Sánchez, J.

**From:**     Derek Kane
**To:**       Chambers of Judge Sanchez
**Cc:**       qkuojinvan@gmail.com
**Subject:**  Van v City Et Al., 24-cv-05014, City Seeks Order to Compel Discovery and Deposition
**Date:**     Friday, June 12, 2026 9:54:59 AM

==CAUTION - EXTERNAL:==

Greetings Chambers,

I write, according to this Court's rules, to inform the Court of a discovery dispute regarding Plaintiff's deposition and answers to discovery. Defendants request a teleconference or the ability to file a motion to compel, as outlined below.

Defendants sent Discovery requests to Plaintiff on April 9, 2026. Defendants answered Plaintiff's discovery on May 6, 2026.  From that day, Defendant's counsel has tried to schedule Plaintiff's deposition. On May 22, 2026,Plaintiff finally confirmed he would appear today, June 12, 2026, for a Zoom deposition, and that he would produce answers to his discovery (due May 9, 2026) on May 30, 2026.

Plaintiff emailed late last night (June 11) to cancel his deposition for today, citing illness. Plaintiff has not produced his discovery responses, and Defendant has provided multiple extensions already.

Given the discovery deadline here is June 29, 2026, Defendants wish to seek an order compelling Plaintff's deposition for 6/22/26 via Zoom, and that Plaintiff's answers to Defendant's discovery be produced by June 18, 2021.

Many thanks,

**Derek Kane** (he/him)
Senior Attorney
City of Philadelphia Law Department
1515 Arch Street, 14th floor
Philadelphia, PA 19102
O: 215-683-5374
C: 267-602-1503
derek.kane@phila.gov
www.phila.gov/law

**CONFIDENTIAL AND PRIVILEGED ADVICE OF COUNSEL -- DO NOT FORWARD. This e-mail and any attachments constitute CONFIDENTIAL COMMUNICATIONS, also protected under the ATTORNEY-CLIENT PRIVILEGE.** If you received this e-mail in error or are not the intended recipient, you should delete and destroy the e-mail and any attachments or copies; you are prohibited from retaining, distributing, disclosing or using any information contained in the e-mail. Please notify the sender of the erroneous e-mail delivery by return e-mail and destroy all copies of the original message. Thank you for your cooperation.

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.