**IN THE UNITE STATES DISCRITCT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYVANIA**

Qianjiang Kuojin Van                                    Case Number: 2:24-cv-05014-JS
Plaintiff
V.
City of Philadelphia, et al.
Defendants

---

### PLAINTIFF'S MOTION TO EXTEND DISCOVERY DEADLINE

Plaintiff respectfully moves this Court for an Order extending the discovery deadline. In support of this Motion, Plaintiff states as follows:

1. The current discovery deadline is June 29, 2026.

2. No depositions have been completed to date.

3. The Court approved scheduling Plaintiff's deposition for July 22, 2026, which is after the current discovery deadline.

4. Plaintiff previously noticed depositions of the individual Defendants and City Defendants for June 26, 2026, and June 29, 2026, in a good-faith effort to complete discovery within the existing June 29 schedule. Plaintiff expressly offered to reschedule to accommodate reasonable conflicts (Ex. A).

5. By email dated June 22, 2026, Defendants' counsel stated that "we will need to let the Court know we cannot complete depositions in the discovery period," identified available deposition dates beginning July 15, 2026, and indicated that he would coordinate the depositions of the individual Defendants beginning July 15, 2026—after the current June 29, 2026 discovery deadline (Ex. B).

.6. On June 24, 2026, Plaintiff asked Defendants' counsel to confirm the individual Defendants' availability for July 20 or 21, advised Plaintiff's availability for July 15 or later, and requested prompt confirmation (Ex. C). To date, however, no response has been received.

7. Plaintiff respectfully requests that the Court extend the current discovery deadline to August 29, 2026 (45 days from Defendants' counsel's earliest available date of July 15, 2026), or such other date as the Court deems appropriate. This additional time is

necessary because July 15 and July 20-21 are defense counsel's availability dates, not his clients'. The final deposition dates will be determined after coordinating the schedules of defense counsel, the four individual Defendants, Plaintiff, and the court reporter, and the depositions may therefore extend into August. If discovery is completed earlier, the parties will notify the Court so that the case may proceed to the next appropriate stage.

8. In the alternative, if the Court declines to extend the discovery deadline, Plaintiff respectfully requests that the Court order the individual Defendants to appear for their depositions on or before August 29, 2026.

9. The requested extension is sought in good faith and not for purposes of delay.

10. No party will be prejudiced by the requested extension. To the contrary, the extension will allow completion of essential discovery, including Plaintiff's deposition and the depositions of the individual Defendants, thereby promoting the just resolution of this action.

11. Good cause exists under Rule 16(b)(4) to extend the discovery deadline because the remaining depositions cannot reasonably be completed by June 29, 2026, due to scheduling constraints.

**WHEREFORE**, Plaintiff respectfully requests that the Court enter an Order:

1. Extending the current discovery deadline to August 29, 2026, or such other date as the Court deems appropriate; and

2. In the alternative, if the Court declines to extend the discovery deadline, ordering the individual Defendants to appear for their depositions on or before August 29, 2026; and

3. Granting such other and further relief as the Court deems just and proper.

Respectfully Submitted
By: *Qianjiang Kuojin Van*
Qianjiang Kuojin Van

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

---------------------------------------------------------------------------------------------------------

Qianjiang Kuojin Van,                                   Case No. 2:24-CV-05014-JS
 **V.**
City of Philadelphia, **et al.,**

---------------------------------------------------------------------------------------------------------

**CERTIFICATE OF SERVICE**

I hereby certify that on this 27th day of June, 2026, the foregoing PLAINTIFF'S

MOTION TO EXTEND DISCOVERY DEADLINE AND, IN THE ALTERNATIVE,

TO COMPEL DEPOSITIONS (including a request for alternative relief), together with

all exhibits attached thereto, was served upon the following counsel for Defendants by

first-class mail, postage prepaid,:

Derek Kane
Law Department of Philadelphia
1515 Arch Street, 14th Floor
Philadelphia, PA 19102

Submitted
By: *Qianjiang Kuojin Van*
Qianjiang Kuojin Van

**IN THE UNITE STATES DISCRITCT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYVANIA**

Qianjiang Kuojin Van                                    Case Number: 2:24-cv-05014-JS
Plaintiff
V.
City of Philadelphia, et al.
Defendants

## PROPOSED ORDER

Upon consideration of Plaintiff's Motion to Extend Discovery Deadline and, in the

Alternative, to Compel Depositions, and any response thereto, it is

hereby ORDERED that:

**1.** The discovery deadline in this matter is extended **to** August 29, 2026**; or**

**2.** In the alternative, if the Court declines to extend the discovery deadline, the

individual Defendants are hereby ordered to appear for their depositions on or

before August 29, 2026**.**

IT IS SO ORDERED.

Dated: _____, 2026


_____
UNITED STATES DISTRICT JUDGE