**Exhibit A -- Plaintiff's Letter and Notice of Depositions**

*[Original Gmail Inbox View]*

**RE: Deposition Notices -- Tom, Stallworth, & City Employees**

Qianjiang kuojin Van qkuojinvan@gmail.com
Jun 21, 2026, 11:38 PM

to Derek, me

Dear Mr. Kane,

Please find attached the Notices of Deposition for the following witnesses, who are either defendants in this action or, with respect to the City employees, are believed to be officers/directors/managing agents of defendant City.

If these dates are not convenient for any of the witnesses or for you, please inform me immediately so that we can work together to find mutually agreeable alternative dates. I am willing to reschedule any or all of these depositions to accommodate reasonable scheduling conflicts.

Sincerely,

*Qianjiang Kuojin Van*

*Attached:*

IN THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| Qianjiang Kuojin Van,<br>Plaintiff<br>v.<br>CITY OF PHILADELPHIA, et al.,<br>Defendants. | No. 24-cv-05014 |

### NOTICE OF DEPOSITION

To: Derek Kane, Senior Attorney
Email: derek.kane@phila.gov

    Please take notice that the following persons will be deposed at the following dates and times via Zoom by Qianjiang Kuojin Van, the Plaintiff pro se litigator:

1) Gene Stallworth (Department of L&I), on June 29, 2026 at 10:00 AM
2) Thomas Rybakowski (Department of L&I), on June 29, 2026 at 2:00 PM
3) Albert Pastor (Building Plans Examination Engineer 2, L&I), on June 26, 2026, at 10:00 AM
4) Thomas Burns (L & I Construction Plans Review Specialist), on June 26, 2026, at 2:00 PM

The deposition is for discovery and/or evidentiary purposes and will be taken before an officer authorized to administer oaths and recorded by stenographic means.

CERTIFICATE OF SERVICE

It is certified that on June 20, 2026, a true and correct copy of the foregoing Notice of Depositions was served by email to Defendant's attorney Derek Kane, Senior Attorney

Respectfully submitted,
By: *Qianjiang Kuojin Van,*
Plaintiff, pro se