Exhibit B - Relevant Portion of Defendants' Counsel's June 22, 2026 Email

*[Original Gmail Inbox View]*

Re: Depositions Inbox

Derek Kane                                            Jun 22, 2026, 9:00 AM

to me

Good Morning Mr. Van,


In term of depositions, we will need to let the Court know we cannot complete depositions in the discovery period. I have availability 7/15 and 7/20-7/22. Please let me know which of those dates you can complete you deposition, and if you want to depose named Defendants on one of those days, I will request their availability and confirm with you.

Thanks,


**Derek Kane** (he/him)
Senior Attorney
City of Philadelphia Law Department
1515 Arch Street, 14th floor
Philadelphia, PA 19102
O: 215-683-5374
C: 267-602-1503
derek.kane@phila.gov
www.phila.gov/law