**Exhibit C--** Relevant Portion of Plaintiff's June 24, 2026 Email

*[Original Gmail Inbox View]*

**Qianjiang kuojin Van qkuojinvan@gmail.com**          **Jun 24, 2026, 7:14 PM**

Subject: RE: Deposition Scheduling for case 24-cv-05014-JS
**Date:** June 22, 2026
**To:** Derek Kane, Senior Attorney
**From:** Qianjiang Kuojin Van, Plaintiff

Dear Mr. Kane,

Thank you for your email dated June 22, 2026.

I acknowledge your statement that the June 26 and June 29 dates I noticed are not convenient for the City employees, and I appreciate your offer to check availability for the named Defendants on one of the dates you proposed.

Please check the availability of the named Defendants: 1) Gene Stallworth (Department of L&I), 2) Thomas Rybakowski (Department of L&I), 3) Albert Pastor (Building Plans Examination Engineer 2, L&I), 4) Thomas Burns for July 20 or July 21, and confirm with me as soon as possible so that we can finalize the schedule for their depositions. If those dates are not available, I am also open to July 15 or later dates in July, as you suggested.

I look forward to your prompt confirmation of the deposition dates for July 20 or July 21 for the named Defendants.


Sincerely,
Qianjiang Kuojin Van
Plaintiff Pro Se