IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| QIANJIANG KUOJIN VAN | : | CIVIL ACTION |
| | : | |
| v. | : | No. 24-5014 |
| | : | |
| CITY OF PHILADELPHIA, et al. | : | |

## ORDER

AND NOW, this 15th day of July, 2026, upon consideration of Plaintiff Qianjiang Kuojin Van's Motion to Extend Discovery Deadline (ECF No. 45), and following a teleconference with the parties on July 15, 2026, it is ORDERED:

1. The Motion to Extend Discovery Deadline (ECF No. 45) is DENIED.

2. While the Court will not extend the general discovery deadline in the February 27, 2026 scheduling order (ECF No. 40), the parties will be permitted to complete the following additional discovery beyond the June 29, 2026 discovery deadline:

   a. Defendants shall be permitted to depose Plaintiff on July 22, 2026, as previously scheduled.  *See* ECF No. 44.

   b. Before his deposition, Plaintiff shall produce to Defendants (1) all documents in his possession that he intends to use at trial and (2) any photographs of the property at issue in this case that are responsive to Defendants' discovery requests.

   c. Plaintiff shall be permitted to depose the following individuals: (1) Defendant Gene Stallworth, (2) Defendant Thomas Rybakowski, (3) Albert Pastor, and (4) Thomas Burns.  All depositions shall be completed by August 7, 2026.

   d. To the extent that either party believes the opposing party's discovery responses are deficient, the parties are directed to meet and confer in an effort to resolve their disagreements.

3. The dispositive motions deadlines in the Court's February 27, 2026 scheduling order (ECF No. 40) are AMENDED as follows:

   a. Dispositive motions are due August 24, 2026;

   b. Responses to dispositive motions are due September 7, 2026.

4. All other deadlines in the scheduling order (ECF No. 40) shall remain unchanged.

BY THE COURT:

/s/ Juan R. Sánchez
Juan R. Sánchez, J.