## Metadata

### Pro Se Electronic Filing

Name:

qianjiang van

Email Address:

qkuojinvan@gmail.com

Are you filing a new case?

No, I'm not filing a new case.

Case Caption

Van V. City of phila

Case Number

24-cv-5014

Description of Document(s)

Plaintiff's MSJ

Do you have a mailing address?

Yes

Mailing Address Line 1

4114B main st. New york, NY 11355

City:

new york

State:

NY

Zip Code:

11355

Terms of Submission

Yes